UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL LESSNER AND DANIEL MOORE, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CAMDEN NATIONAL CORPORATION d/b/a CAMDEN NATIONAL BANK<br><br>Defendant | CASE NO.: 2:25-cv-00109-SDN |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Michael Lessner and Daniel Moore hereby give notice that their claims in this action against Defendant Camden National Corporation d/b/a Camden National Bank are voluntarily dismissed without prejudice. Plaintiffs' notice is timely made before Defendant served an answer or a motion for summary judgment. Parties to bear their own costs.

Dated: August 20, 2025

*/s/Lynn A. Toops*
Lynn A. Toops, admitted *pro hac vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenmalad.com

Dov Sacks
Maine Bar No. 5500
Independence Law
PO Box 406
Auburn, ME  04212
Tel: (207) 241-9717

1

dov@independencelawmaine.com

J. Gerard Stranch, IV, admitted *pro hac vice*
Emily E. Schiller, admitted *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
(615) 255-5419 (facsimile)
gstranch@stranchlaw.com
eschiller@stranchlaw.com

*Attorney for Plaintiffs Michael Lessner and Daniel Moore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electrically filed the foregoing document using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/Lynn A. Toops*
*Attorney for Plaintiffs*